UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ire Leroy Hunt            Docket No. 7:24-CR-90-1BO

### Petition for Action on Probation

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ire Leroy Hunt, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 20, 2024, to 6 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was convicted of Theft of Government Property, in violation of 18 U.S.C. § 641, a misdemeanor offense. Due to the case being a misdemeanor, it is recommended the mandatory condition ordering the defendant submit to DNA collection be removed.

**PRAYING THAT THE COURT WILL ORDER** that the following condition be removed:

1. You must cooperate in the collection of DNA as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: March 10, 2025

### ORDER OF THE COURT

Considered and ordered this 10 day of March, 2025, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge